FILED
CLERK, U.S. DISTRICT COURT

Jun 4, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN MORAITIS,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No. 15-cv-01803-SVW(AGRx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 15-cv-01803-SVW(AGRx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: June __4__, 2015

_____
Hon. Stephen V. Wilson
United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

143522 1

1

Case No. 15-cv-01803-SVW(AGRx)
ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION